Anthony J. McCOY, Plaintiff–Appellant,

v.

CHAPPELL, Officer, Nottoway Correctional Center; Anderson, Sgt., Nottoway Correctional Center; Hurst, Capt., Nottoway Correctional Center; Walton, Lieutenant, Nottoway Correctional Center; Stokes, Lieutenant, Nottoway Correctional Center, Defendants–Appellees.

No. 12–6379.

United States Court of Appeals, Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 19, 2012.

Anthony J. McCoy, Appellant Pro Se. Lara Kate Jacobs, Office of the Attorney General Of Virginia, Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony J. McCoy appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McCoy v. Chappell,* No. 3:10–cv–00756–JRS, 2012 WL 442312 (E.D.Va. Feb. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*